Ekwan E. Rhow - State Bar No. 174604
    erhow@birdmarella.com
Grace W. Kang - State Bar No. 271260
    gkang@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California  90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Plaintiff East West Bank

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| EAST WEST BANK, a California corporation,<br><br>           Plaintiff,<br><br>    vs.<br><br>SUKEERT SHANKER, an individual,<br><br>           Defendant. | Case No. 3:20-cv-07364-WHO<br><br>**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR PLAINTIFF EAST WEST BANK; [PROPOSED] ORDER** |

   PLEASE TAKE NOTICE that Plaintiff East West Bank has retained Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C. to substitute as counsel of record in place of Lewis Roca Rothgerber Christie LLP in this action.

   Withdrawing counsel for Plaintiff East West Bank are:

> G. Warren Bleeker
> Lewis Roca Rothgerber Christie LLP
> 655 N. Central Avenue, Suite 2300
> Glendale, CA 91203-1445
> Telephone:  (626) 795-9900
> Facsimile:  (626) 577-8800
> Email:  wbleeker@lrrc.com
>
> Drew Wilson
> Lewis Roca Rothgerber Christie LLP

1  655 N. Central Avenue, Suite 2300
2  Glendale, CA 91203-1445
   Telephone:  (626) 795-9900
3  Facsimile:  (626) 577-8800
   Email:  dwilson@lrrc.com
4

5      All pleadings, orders and notices should henceforth be served upon the
6  following substituted counsel for Plaintiff East West Bank:

7      Ekwan E. Rhow
       Bird, Marella, Boxer, Wolpert, Nessim,
8      Drooks, Lincenberg & Rhow, P.C.
9      1875 Century Park East, 23rd Floor
       Los Angeles, California  90067-2561
10     Telephone: (310) 201-2100
11     Facsimile: (310) 201-2110
       Email:  erhow@birdmarella.com
12

13     Grace W. Kang
       Bird, Marella, Boxer, Wolpert, Nessim,
14     Drooks, Lincenberg & Rhow, P.C.
15     1875 Century Park East, 23rd Floor
       Los Angeles, California  90067-2561
16     Telephone: (310) 201-2100
17     Facsimile: (310) 201-2110
       Email:  gkang@birdmarella.com
18

19     The undersigned parties consent to the above withdrawal and substitution of
20  counsel.

21

22  DATED:  March 4, 2021          EAST WEST BANK

23

24
                                   By: _____
25                                         Lisa L. Kim
26

27

28

| | | |
|---|---|---|
| DATED: March 4, 2021 | | LEWIS ROCA ROTHGERBER CHRISTIE LLP |
| | By: | */s/ G. Warren Bleeker* |
| | | G. Warren Bleeker |
| DATED: March 4, 2021 | | BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, P.C. |
| | By: | */s/ Ekwan E. Rhow* |
| | | Ekwan E. Rhow |

I hereby attest that I obtained concurrence in the filing of this document from each of the other signatories on this e-filed document.

| | | |
|---|---|---|
| DATED: March 4, 2021 | | BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, P.C. |
| | By: | */s/ Grace W. Kang* |
| | | Grace W. Kang |

**ORDER**

The above withdrawal and substitution of counsel is approved and so ORDERED.

DATED:

_____
HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE