1  Ekwan E. Rhow - State Bar No. 174604
       erhow@birdmarella.com
2  Grace W. Kang - State Bar No. 271260
       gkang@birdmarella.com
3  BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
   DROOKS, LINCENBERG & RHOW, P.C.
4  1875 Century Park East, 23rd Floor
   Los Angeles, California 90067-2561
5  Telephone: (310) 201-2100
   Facsimile: (310) 201-2110
6

7  Attorneys for Plaintiff East West Bank

8

9               UNITED STATES DISTRICT COURT

10      NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

11

| EAST WEST BANK, a California corporation, | Case No. 3:20-cv-07364-WHO |
|---|---|
| Plaintiff, | **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR PLAINTIFF EAST WEST BANK; ORDER** |
| vs. | |
| SUKEERT SHANKER, an individual, | |
| Defendant. | |

PLEASE TAKE NOTICE that Plaintiff East West Bank has retained Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C. to substitute as counsel of record in place of Lewis Roca Rothgerber Christie LLP in this action.

Withdrawing counsel for Plaintiff East West Bank are:

    G. Warren Bleeker
    Lewis Roca Rothgerber Christie LLP
    655 N. Central Avenue, Suite 2300
    Glendale, CA 91203-1445
    Telephone: (626) 795-9900
    Facsimile: (626) 577-8800
    Email: wbleeker@lrrc.com

    Drew Wilson
    Lewis Roca Rothgerber Christie LLP

|   |   |
|---|---|
| 1 | 655 N. Central Avenue, Suite 2300 |
| 2 | Glendale, CA 91203-1445 |
|   | Telephone: (626) 795-9900 |
| 3 | Facsimile: (626) 577-8800 |
| 4 | Email: dwilson@lrrc.com |

All pleadings, orders and notices should henceforth be served upon the following substituted counsel for Plaintiff East West Bank:

> Ekwan E. Rhow
> Bird, Marella, Boxer, Wolpert, Nessim,
> Drooks, Lincenberg & Rhow, P.C.
> 1875 Century Park East, 23rd Floor
> Los Angeles, California 90067-2561
> Telephone: (310) 201-2100
> Facsimile: (310) 201-2110
> Email: erhow@birdmarella.com

> Grace W. Kang
> Bird, Marella, Boxer, Wolpert, Nessim,
> Drooks, Lincenberg & Rhow, P.C.
> 1875 Century Park East, 23rd Floor
> Los Angeles, California 90067-2561
> Telephone: (310) 201-2100
> Facsimile: (310) 201-2110
> Email: gkang@birdmarella.com

The undersigned parties consent to the above withdrawal and substitution of counsel.

DATED: March 4, 2021            EAST WEST BANK

By:   */s/ Lisa L. Kim*
            Lisa L. Kim

1  DATED: March 4, 2021            LEWIS ROCA ROTHGERBER CHRISTIE
2                                   LLP
3
4                                   By:    */s/ G. Warren Bleeker*
5                                             G. Warren Bleeker
6
7  DATED: March 4, 2021            BIRD, MARELLA, BOXER, WOLPERT,
8                                   NESSIM, DROOKS, LINCENBERG &
                                    RHOW, P.C.
9
10
11                                  By:    */s/ Ekwan E. Rhow*
12                                            Ekwan E. Rhow
13

   I hereby attest that I obtained concurrence in the filing of this document from each of the other signatories on this e-filed document.

16 DATED: March 4, 2021            BIRD, MARELLA, BOXER, WOLPERT,
17                                  NESSIM, DROOKS, LINCENBERG &
                                    RHOW, P.C.
18
19
20                                  By:    */s/ Grace W. Kang*
21                                            Grace W. Kang

**ORDER**

The above withdrawal and substitution of counsel is approved and so ORDERED.

DATED: March 5, 2021

_____
HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE