Ekwan E. Rhow - State Bar No. 174604
　erhow@birdmarella.com
Grace W. Kang - State Bar No. 271260
　gkang@birdmarella.com
Jonathan M. Jackson - State Bar No. 257554
　jjackson@birdmarella.com
Aharon B. Kaslow - State Bar No. 322769
　akaslow@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Plaintiff East West Bank

Scott G. Lawson - State Bar No. 174671
　scottlawson@lawson2.com
Lisa G. Lawson - State Bar No. 169503
　lisalawson@lawson2.com
Ryan L. Werner - State Bar No. 112181
　ryanwerner@lawson2.com
Ian W. Forgie - State Bar No. 307721
　ianforgie@lawson2.com
LAWSON & LAWSON LLP
One Sansome Street, 35th Floor
San Francisco, California 94104
Telephone: (415) 484-4343

Attorneys for Defendant Sukeert Shanker

Adam S. Cashman - State Bar No. 255063
　acashman@singercashman.com
Walter C. Pfeffer - State Bar No. 289421
　wpfeffer@singercashman.com
SINGER CASHMAN LLP
505 Montgomery Street, Suite 1100
San Francisco, California 94111
Telephone:  (415) 500-6080
Facsimile:  (415) 500-6080

Attorneys for Defendant Aeldra Financial Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| EAST WEST BANK, a California corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SUKEERT SHANKER, an individual; AELDRA FINANCIAL INC., a Delaware corporation; and DOES 1-10,<br><br>　　　　Defendants. | CASE NO. 3:20-cv-07364-WHO<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER RE: BRIEFING SCHEDULE AND HEARING DATE**<br><br>Assigned to Hon. William H. Orrick |

Plaintiff East West Bank ("EWB") and Defendants Sukeert Shanker and Aeldra Financial Inc. ("Defendants") (collectively, the "Parties"), by and through their undersigned counsel, hereby AGREE and STIPULATE as follows:

1. The briefing schedule for EWB's Motion for Preliminary Injunction (Dkt. No. 51) shall be as follows:

   a. Defendants' Opposition to EWB's Motion for Preliminary Injunction shall be filed on or before June 9, 2021.

   b. Plaintiff EWB's Reply in Further Support of the Motion for Preliminary Injunction shall be filed on or before June 22, 2021.

2. The hearing date for EWB's Motion for Preliminary Injunction shall be continued from June 23, 2021 to July 14, 2021.

**IT IS SO STIPULATED.**

DATED: May 21, 2021

Ekwan E. Rhow
Grace W. Kang
Jonathan M. Jackson
Aharon B. Kaslow
Bird, Marella, Boxer, Wolpert, Nessim,
Drooks, Lincenberg & Rhow, P.C.

By: _____*/s/ Grace W. Kang*_____
Grace W. Kang
Attorneys for Plaintiff East West Bank

DATED: May 21, 2021

Scott G. Lawson
Lisa G. Lawson
Ryan L. Werner
Ian W. Forgie
Lawson & Lawson LLP

By: _____*/s/ Scott Lawson*_____
        Scott Lawson
Attorneys for Defendant Sukeert Shanker

DATED: May 21, 2021

Adam S. Cashman
Walter C. Pfeffer
Singer Cashman LLP

By: _____*/s/ Adam S. Cashman*_____
        Adam S. Cashman
Attorneys for Defendant Aeldra Financial Inc.

**[PROPOSED] ORDER**

Pursuant to the Stipulation between Plaintiff East West Bank ("EWB") and Defendants Sukeert Shanker and Aeldra Financial Inc. ("Defendants") (collectively, the "Parties"), this Court hereby GRANTS the Stipulation and ORDERS as follows:

1. Defendants' Opposition to EWB's Motion for Preliminary Injunction shall be filed on or before June 9, 2021;

2. Plaintiff EWB's Reply in Further Support of the Motion for Preliminary Injunction shall be filed on or before June 22, 2021;

3. The hearing date for EWB's Motion for Preliminary Injunction shall be continued from June 23, 2021 to July 14, 2021.

**IT IS SO ORDERED.**

DATED: May 24, 2021

_____
Honorable William H. Orrick
United States District Judge

**RULE 5-1(i)(3) ATTESTATION**

Pursuant to Local Civil Rule 5-1(i)(3), I hereby attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.

DATED:  May 21, 2021

By: _____*/s/ Grace W. Kang*_____
　　　　　Grace W. Kang
　Attorneys for Plaintiff East West Bank