UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EAST WEST BANK,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SUKEERT SHANKER, et al.,<br><br>　　　　　　Defendants. | Case No.  20-cv-07364-WHO<br><br>**ORDER TO COMPLY WITH THE RULES OF COURT AND COMMON SENSE** |

Parties may not seek rulings from the court by sending emails to my Courtroom Deputy. The next time that happens, the offending party will be sanctioned.

I have not ruled on plaintiff's motion to amend; the suggestion that I did in the context of dismissing its fifth cause of action is absolutely baseless. No party benefits in the eyes of the court when he or it takes an unreasonable position, as has now happened at least twice in this very young case.

**IT IS SO ORDERED.**

Dated: July 19, 2021



William H. Orrick
United States District Judge