UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EAST WEST BANK,<br><br>    Plaintiff,<br><br>    v.<br><br>SUKEERT SHANKER, et al.,<br><br>    Defendants. | Case No. 20-cv-07364-WHO<br><br>**ORDER GRANTING MOTION TO SHORTEN TIME**<br><br>Re: Dkt. No. 124 |

Sukeert Shanker and Aeldra Financial, Inc. (collectively, "Defendants") have filed an administrative motion to shorten time on briefing of Defendants' motion for a temporary stay pending the resolution of the arbitration dispute (Dkt. No. 121). Dkt. No. 124. Defendants' motion to shorten time is GRANTED. Plaintiff East West Bank shall file its opposition to Defendants' motion for a temporary stay by Monday, August 30, 2021.

**IT IS SO ORDERED.**

Dated: August 27, 2021



William H. Orrick
United States District Judge