1  SINGER CASHMAN LLP
   Adam S. Cashman (Bar No. 255063)
2     acashman@singercashman.com
   Walter C. Pfeffer (Bar No. 289421)
3     wpfeffer@singercashman.com
505 Montgomery Street, Suite 1100
4  San Francisco, California 94111
Telephone:   (415) 500-6080
5  Facsimile:   (415) 500-6080

6  *Attorneys for Aeldra Financial, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISON

| EAST WEST BANK, | CASE NO. 3:20-CV-07364-WHO |
|---|---|
| Plaintiff, | **NOTICE OF MOTION AND MOTION OF SINGER CASHMAN LLP TO WITHDRAW AS COUNSEL FOR AELDRA FINANCIAL, INC.** |
| v. | |
| SUKEERT SHANKER, et al., | Comp. Filed:  October 20, 2020 |
| Defendants. | Trial Date:    May 2, 2022 |
| | Hearing Date: October 6, 2021 |
| | Hearing Time: 2:00 p.m. |
| | Courtroom:   2, 17th Floor |
| | Judge:       Hon. William H. Orrick |

# NOTICE OF MOTION

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:** Please take notice that on October 6, 2021 at 2:00 p.m. before the Honorable William H. Orrick in the United States District Court for the Northern District of California, Courtroom 2, located on the 17th Floor of the San Francisco Courthouse at 450 Golden Gate Avenue, San Francisco, California 94102, or via remote access at the Court's preference pursuant to the Northern District of California's guidelines regarding the COVID-19 pandemic, Adam Cashman and Walter C. Pfeffer of Singer Cashman LLP (together, "Singer Cashman") will and hereby do respectfully seek leave of the Court, pursuant to Northern District of California Local Rule 11-5 and California Rule of Professional Conduct 3-700, to withdraw as counsel of record (the "Motion") for Defendant Aeldra Financial, Inc. ("Aeldra").

## MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT

Good cause exists to allow Singer Cashman to withdraw as counsel of record for Aeldra. Singer Cashman provided Aeldra with written advance notice of this withdrawal, and Aeldrea has affirmatively consented thereto. Decl. of Adam Cashman in Supp. Of Mot. ¶ 2. Aeldra will continue to be represented by its other counsel of record, Paul Hastings LLP. *Id*. at ¶¶ 3–4. Singer Cashman is unaware of any deadlines that will be affected by its withdrawal. Because good cause exists and no prejudice will result, Singer Cashman respectfully requests that the Court grant leave to withdraw as counsel for Aeldra in this action.

Date: September 1, 2021     Respectfully submitted,

SINGER CASHMAN LLP

By: */s/ Adam S. Cashman*
Adam S. Cashman
Walter C. Pfeffer
*Attorneys for Aeldra Financial, Inc.*