UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EAST WEST BANK,<br><br>   Plaintiff,<br><br>  v.<br><br>SUKEERT SHANKER, et al.,<br><br>   Defendants. | Case No. 20-cv-07364-WHO<br><br>**ORDER GRANTING LEAVE TO FILE MOTION FOR RECONSIDERATION AND ORDER TO SHOW CAUSE RE: DISSOLUTION OF INJUNCTION**<br><br>Re: Dkt. No. 153 |

Defendants Sukeert Shanker and Aeldra Financial, Inc. (collectively, "Defendants") have filed a motion for leave to seek reconsideration of the preliminary injunction order ("Order"), Dkt. No. 101. Dkt. No. 153 ("Mot."). Defendants contend that reconsideration is warranted based on Defendants' recent discovery of two pieces of relevant evidence that was not previously disclosed by plaintiff East West Bank ("EWB"): (1) "EWB's Employee Handbook mandating arbitration of EWB's asserted claims;" and (2) "EWB's published patent application materials (published one month before EWB filed its preliminary injunction motion), which publicly disclosed most of the purported confidential information underlying EWB's trade secret claims." Mot. at 1. Because there are new material facts that have been brought to my attention after the Order, Defendants' motion is GRANTED. *See* Civil L.R. 7-9(b)(2).

I ORDER EWB TO SHOW CAUSE why the preliminary injunction order should not be dissolved by September 22, 2021. Defendants may file a responsive brief by September 27, 2021. The hearing on the motion to dissolve the injunction is set for September 29, 2021 at 2 pm. I will

decide at the hearing whether any further briefing on any issue is needed.

**IT IS SO ORDERED.**

Dated:  September 15, 2021

_____
William H. Orrick
United States District Judge